MARTIN, Circuit Judge,
concurring:
I agree that Mr. Davis’s conviction should be affirmed. I write separately to address Mr. Davis’s argument that the District Court abused its discretion by admitting evidence of a witness’s religious beliefs to support that witness’s credibility. See Fed.R.Evid. 610 (“Evidence of a witness’s religious beliefs or opinions is not admissible to attack or support the witness’s credibility.”). As the government acknowledged before the District Court, it would have been “improper to make a show of [Mr. Pipes’s] commission as a chaplain.” Resp. to Def.’s Mot. in Limine *1315 2, Dec. 6, 2012, ECF No. 51. I understand the majority’s holding on this issue to be that the disclosure of Mr. Pipes’s job title, without more, did not make such a show and therefore, did not violate Rule 610.